United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO GREEN SYNTHETIC LAWN SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GO GREEN SYNTHETIC GRASS, LLC,<br><br>Defendant. | Case No. 16-cv-00291-EMC<br><br>**ORDER TO SHOW CAUSE** |

Defendant in the above-entitled matter failed to appear at the case management conference on April 21, 2016.  Plaintiff filed a case management conference statement and appeared at that proceeding in compliance with the Court's orders.  Defendant has not responded to the complaint.

THE COURT hereby issues an ORDER TO SHOW CAUSE why default should not be entered against defendant for failure to respond to the complaint and why sanction should not be imposed for unexcused failure to appear at the CMC.  Defendant's response to the Order to Show Cause shall be filed by May 2, 2016.   Plaintiff is directed to serve a copy of this OSC upon defendant and shall file a certificate of service immediately.

**IT IS SO ORDERED.**

Dated: April 22, 2016

_____
EDWARD M. CHEN
United States District Judge