UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO GREEN SYNTHETIC LAWN SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GO GREEN SYNTHETIC GRASS, LLC,<br><br>Defendant. | Case No.  16-cv-00291-EMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Docket No. 11 |

The Court has received a letter, dated May 8, 2016, from defense counsel, which appears to be a response to the order to show cause issued on April 22, 2016.  *See* Docket No. 11 (order to show cause).  Having reviewed the contents of the letter, the Court hereby **DISCHARGES** the order to show cause.  The Court further orders Defendant to file a response to the complaint by **May 26, 2016**.  As previously ordered, there shall be a case management conference in this case on **June 2, 2016**, at 10:30 a.m.

The Clerk of the Court shall mail a courtesy copy of this order to defense counsel.  In addition, **within one day of this order**, Plaintiff shall provide a courtesy copy of this order to defense counsel by e-mail and further shall give a courtesy call to defense counsel to notify him of the deadlines in this order.  Plaintiff shall immediately file a declaration certifying compliance with this order.

**IT IS SO ORDERED**.

Dated: May 12, 2016

_____
EDWARD M. CHEN
United States District Judge