KATHLEEN E. FINNERTY (SBN 157638)
FINNERTY LAW OFFICES, INC.
1430 Blue Oaks Blvd., Suite 250
Roseville, California 95747
O: 916.899.5072
KFinn@KFinnertyLaw.com

Attorneys for Plaintiff,
GO GREEN SYNTHETIC LAWN
SOLUTIONS, LLC, a Georgia limited
liability company

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GO GREEN SYNTHETIC LAWN SOLUTIONS, LLC, a Georgia limited liability company,<br><br>       Plaintiff,<br>  v.<br><br>GO GREEN SYNTHETIC GRASS, LLC, a California limited liability company,<br><br>       Defendant. | CASE NO.: 3:16-cv-00291-EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff with the consent of all parties, hereby stipulates to the dismissal *with prejudice* of this action.

SO STIPULATED:

**FINNERTY LAW OFFICES INC.**

DATED: ~~June~~, ~~2016~~
June 7, 2016

_____
KATHLEEN E. FINNERTY
Attorneys for Plaintiff
GO GREEN SYNTHETIC LAWN
SOLUTIONS, LLC

SO STIPULATED:

1
2
3  DATED: ~~June __, 2016~~
4  July 7, 2016
5

**GO GREEN SYNTHETIC GRASS, LLC**

_____
James Grove
Agent of Defendant
GO GREEN SYNTHETIC GRASS, LLC

1  Based upon the parties' stipulation, and good cause appearing therefore, IT IS
2  HEREBY ORDERED that the above matter be and is hereby dismissed, with prejudice The
3  Court shall retain jurisdiction to enforce the parties' settlement.

5  DATED: __7/20/16__   _____
     HON. EDWARD M. CHEN

